# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **CAROLINE DIANA PARKER,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:23CV00001 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **MARTIN J. O'MALLEY,** | ) | JUDGE JAMES P. JONES |
| **COMMISIONER OF SOCIAL** | ) | |
| **SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: March 27, 2024

/s/ JAMES P. JONES
Senior United States District Judge